Cynthia Z. Levin, Esq. (Bar No. 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 877-206-4741
Fax: 866-633-0228
clevin@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CUMMIE WASHINGTON, ) | Case No. 2:17-cv-01401-MPK |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| CHATHAM UNIVERSITY, ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., EQUIFAX, INC., ) | |
| and TRANSUNION CORP.**,** ) | |
| ) | |
| Defendant. ) | |

NOW COMES PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled as to all parties. Plaintiff requests that this Honorable Court vacate all pending hearings and allow forty-five (45) days with which to file a Stipulation for Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

RESPECTFULLY SUBMITTED this 20th of April, 2018.

By: /S Cynthia Z. Levin
Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.

Filed electronically on this 20th of April, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Maureen P. Kelly
United States District Court
Western District of Pennsylvania

And All Counsel of Record As Recorded On The Electronic Service List.

This 20th of April,

s/Cynthia Z. Levin
Cynthia Z. Levin